IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD REED,

    Petitioner,                                               No. CIV-S-11-2753 KJM KJN P

    v.

KNIPP, et al.,                                                 <u>ORDER</u>

    Respondents.

_____/

        On December 17, 2012, the court granted respondents' motion to dismiss petitioner's application for writ of habeas corpus. (ECF 19.) Petitioner filed a motion for a certificate of appealability on January 3, 2013. (ECF 22.)

        If petitioner wishes to appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3). A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" *Jennings v. Woodford*, 290 F.3d 1006, 1010 (9th

1

Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).[1]  In this case, petitioner has failed to make a substantial showing with respect to any of the claims presented.

Accordingly, the court DENIES petitioner's motion for a certificate of appealability.

DATED: January 28, 2013.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for a certificate of appealability is the same as the standard applied to issuance of a certificate of probable cause. *Jennings*, 290 F.3d at 1010.

2