1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RONALD REED,

11           Petitioner,                         No. CIV-S-11-2753 KJM KJN P

12       v.

13   KNIPP, et al.,                                        ORDER

14           Respondents.

                                           /

15

16           On December 17, 2012, the court granted respondents' motion to dismiss

17   petitioner's application for writ of habeas corpus.  (ECF 19.)  Petitioner filed a motion for a

18   certificate of appealability on January 3, 2013.  (ECF 22.)

19           If petitioner wishes to appeal this decision, a certificate of appealability must

20   issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A certificate of appealability may issue under

21   28 U.S.C. § 2253 "if the applicant has made a substantial showing of the denial of a

22   constitutional right."  28 U.S.C. § 2253(c)(2).  The certificate of appealability must "indicate

23   which specific issue or issues satisfy" the requirement.  28 U.S.C. § 2253(c)(3).  A certificate of

24   appealability should be granted for any issue that petitioner can demonstrate is "'debatable

25   among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to

26   deserve encouragement to proceed further.'"  *Jennings v. Woodford*, 290 F.3d 1006, 1010 (9th

1

1  Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).[1]  In this case, petitioner has

2  failed to make a substantial showing with respect to any of the claims presented.

3            Accordingly, the court DENIES petitioner's motion for a certificate of

4  appealability.

5  DATED:  January 28, 2013.

7                                      UNITED STATES DISTRICT JUDGE

---

25        [1] Except for the requirement that appealable issues be specifically identified, the standard
for a certificate of appealability is the same as the standard applied to issuance of a certificate of
26  probable cause.  *Jennings*, 290 F.3d at 1010.